14 A.3d 1289

IN THE MATTER OF DUNCAN G. CAMERON, AN ATTORNEY AT LAW (ATTORNEY NO. 044561991).

April 6, 2011.

### ORDER

The Office of Attorney Ethics having filed a petition with the Court pursuant to *Rule* 1:20–3(g)(4) and *Rule* 1:20–11, seeking the immediate temporary suspension of **DUNCAN G. CAMERON** of **PARAMUS,** who was admitted to the bar of this State in 1991, and good cause appearing;

It is ORDERED that **DUNCAN G. CAMERON** is temporarily suspended from the practice of law, effective immediately and until the further Order of this Court; and it is further

ORDERED that **DUNCAN G. CAMERON** be restrained and enjoined from practicing law during the period of his suspension; and it is further

ORDERED that **DUNCAN G. CAMERON** comply with *Rule* 1:20–20 dealing with suspended attorneys; and it is further

ORDERED that all funds, if any, currently existing or hereinafter deposited in all accounts maintained by **DUNCAN G. CAMERON** at TD Bank and in any other New Jersey financial institution maintained by respondent pursuant to *Rule* 1:21–6, be restrained from disbursement except on application to this Court, for good cause shown, and shall be transferred by the financial institution to the Clerk of the Superior Court, who is directed to deposit the funds in the Superior Court Trust Fund pending the further Order of this Court;  and it is further

ORDERED that the entire record of this matter be made a permanent part of respondent's file as an attorney at law of this State.